# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CONESTOGA BANK, S/B/M FIRST PENN BANK, | : | No. 191 EAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TIOGA INVESTMENTS II, LLC AND YIP-YAN WONG, | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.